# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSELYN MARIA FANTER,<br><br>Defendant. | Case No.: 21cr00325-LAB<br><br>**ORDER OF RECUSAL** |

For the reasons set forth in *United States v. Rodriguez*, __ F. Supp. 3d __, 2022 WL 16951833 (S.D. Cal. Nov. 15, 2022), the Court recuses from further handling this case and directs the Clerk of the Court to randomly assign the case to another district judge.

**IT IS SO ORDERED.**

Dated: December 19, 2022

*Larry A. Burns*
**Hon. Larry Alan Burns**
United States District Judge